MELINDA HAAG (CABN 132612)
United States Attorney

J. DOUGLAS WILSON (DCBN 412811)
Acting Criminal Chief

ELISE BECKER (NYBN 2540730)
Assistant United States Attorney
　　450 Golden Gate Ave., Box 36055
　　San Francisco, California 94102
　　Telephone: (415) 436-7200
　　Fax: (415) 436-7234
　　E-Mail: elise.becker@usdoj.gov

Attorneys for Plaintiff

FILED
2010 DEC -1  P 2: 14
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,  　　　　Plaintiff,  　　　v.  JOHN DOE  a/k/a JOHN WESLEY CHAN,  　　　　Defendant. | No. 3-88-MJ-00789-MAG  NOTICE OF DISMISSAL and (~~PROPOSED~~) ORDER VACATING COURT DATE  (San Francisco Venue) |

With leave of the Court, and pursuant to Federal Rule of Criminal Procedure 48(a), the United States Attorney for the Northern District of California dismisses the above criminal complaint without prejudice and moves that the Court quash the arrest warrant issued in connection with the complaint in this case. This is a twenty-two (22) year old complaint alleging a violation of 18 U.S.C. § 1542, false statement in the application for a passport.

//
//
//
//
//

NOTICE OF DISMISSAL and ORDER VACATING COURT DATE

DATED: December 1, 2010

Respectfully submitted,

MELINDA HAAG
United States Attorney

*/s/ J. Douglas Wilson*
J. DOUGLAS WILSON
Acting Criminal Chief

Leave is granted to the government to dismiss the complaint. Accordingly, the court date of December 9, 2010, is vacated. It is further ordered that the arrest warrant issued in connection with the complaint is quashed.

Date: 12/1/10

United States Magistrate Judge

2